Naesean MCNEIL, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 687, 2015

Supreme Court of Delaware.

Submitted: June 14, 2016
Decided: July 21, 2016

Court Below–Superior Court of the State of Delaware, Cr. ID Nos. 1501010451B, 1501010451A.

AFFIRMED.

■

Quentin A. WILKERSON, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 138, 2016

Supreme Court of Delaware.

Submitted: May 31, 2016
Decided: July 21, 2016
Reargument En Banc Denied
August 8, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID. No. 1306023969.

AFFIRMED.

■

Amir ELMORE, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 246, 2016

Supreme Court of Delaware.

Submitted: May 27, 2016
Decided: July 21, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID 1404013039B.

AFFIRMED.

■

Todd BOONE and Trevor Wiberg,
Petitioners Below–
Appellants,

v.

STATE Of Delaware, DEPARTMENT OF HEALTH AND SOCIAL SERVICES, Respondent Below–Appellee.

No. 112, 2016

Supreme Court of Delaware.

Submitted: May 27, 2016
Decided: July 22, 2016

Court Below—Superior Court of the State of Delaware. C.A. No. S15M–09–039.

AFFIRMED.